```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| RYAN O'DELL, | | |
| | Plaintiff, | |
| -against- | | 22 Civ. 575 |
| VERSO CORPORATION, DR. ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, JEFFREY E. KIRT, | | |
| | Defendants. | |
| MATTHEW WHITFIELD, | | |
| | Plaintiff, | |
| -against- | | 22 Civ. 715 |
| VERSO CORP., ROBERT K. BECKLER, MARVIN COOPER, JEFFREY E. KIRT, RANDY J. NEBEL, and NANCY M. TAYLOR, | | |
| | Defendants. | |
| JADE TRINH, | | |
| | Plaintiff, | |
| -against- | | 22 Civ. 874 |
| VERSO CORPORATION, ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, and JEFFREY E. KIRT, | | **ORDER** |
| | Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2022__

ANALISA TORRES, District Judge:

    On February 2, 2022, the Court indicated its intent to consolidate *O'Dell v. Verso Corp. et al.* and *Whitfield v. Verso Corp. et al.* No. 22 Civ. 575, ECF No. 6; No. 22 Civ. 715, ECF No. 4. No attorney in those two cases has filed a request to be appointed lead counsel by the deadline.

The Court now intends to consolidate the above three cases. Accordingly, by **March 8, 2022**, the parties shall file any opposition to consolidation. By **March 10, 2022**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **March 14, 2022**.

SO ORDERED.

Dated: March 3, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge